**Francisco TORRES–LOPEZ,**
Petitioner–Appellant

v.

**UNITED STATES of America; Bureau of Prisons; Warden, RCDC III; Eric H. Holder, Jr., U.S. Attorney General, Respondents–Appellees.**

No. 10–50624
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 31, 2012.

Francisco Torres–Lopez, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondents–Appellees.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

Francisco Torres–Lopez, former federal prisoner # 18770–179, appeals the denial

---

of his 28 U.S.C. § 2241 petition challenging his exclusion from rehabilitation programs and halfway houses. As Torres–Lopez has been released from Bureau of Prisons custody, we dismiss his appeal as moot. *See Calderon v. Moore,* 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.